CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
November 24, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ADAM ROMANS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:24-cv-00807 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| REGISTERED NURSE 2.2155, *et al.*, | ) | By:  Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff Christopher Adam Romans, proceeding *pro se*, filed a civil-rights action under 42 U.S.C. § 1983 against S.W.V.R.J.A. at Abingdon Jail. (*See* Compl. [ECF No. 1].) The court reviewed Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and advised Plaintiff that a jail is not a "person" subject to suit under § 1983, *see Perdue v. Penalosa*, 38 F.3d 1213, 1213 (4th Cir. 1994), and that his complaint failed to state a claim for which relief could be granted. (*See* Order [ECF No. 6].) The court therefore ordered Plaintiff to file an amended complaint that corrected the deficiencies in his original complaint and cautioned Plaintiff that failure to do so could result in dismissal of his complaint. (*Id.* at 1–2.)

Plaintiff filed an amended complaint, again naming S.W.V.R.J.A. as a Defendant, along with "medical staff" and "Registered nurse 2.2155." (*See* Am. Compl. 1 [ECF No. 7].) Because Plaintiff still could not state a claim for relief against S.W.V.R.J.A., the court dismissed Plaintiff's claims against S.W.V.R.J.A. under 28 U.S.C. § 1915A(b)(1). The court also directed Plaintiff to provide identifying information concerning the unnamed Defendants within 30 days in order to facilitate service of process of the remaining Defendants.

More than five months have now passed, and Plaintiff has not provided any additional information that would allow the court to facilitate service of process on the unnamed Defendants. Plaintiff has not filed anything in this action or otherwise sought to prosecute his claims against the unnamed Defendants during that time. Accordingly, because Plaintiff has failed to prosecute his claims and has not complied with the court's order, the court will dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(b).

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 24th day of November, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE